

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00400-CR

Tromane **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10778
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 16, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a).  Accordingly,

we grant the motion and dismiss the appeal. *See id.*

PER CURIAM

Do Not Publish